JS-6

UNITED STATES DISTRTICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYO AUNG, an Individual, | **Case No. 2:24-cv-05501-SVW-AGRx** |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| vs. | |
| ASAH WATTS, an Individual; TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation, and DOES 1-30, Inclusive, | **Courtroom: 10A** <br><br> **Complaint filed: 05/24/2024** <br> **Case Removed: 06/28/2024** |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in conformity with this Court's Order Granting Plaintiff's Partial Motion for

Case No. 2:24-cv-05501-SVW-AGRx

Summary Judgment [ECF No. 31] dated October 25, 2024 and this Court's Further Order Regarding Damages for Plaintiff's Breach of Contract Claim [ECF No. 45] dated April 25, 2025;

    2.    Plaintiff Myo Aung is awarded $2,222,839 in damages and $839.806.84 in pre judgment interest, for a total of $3,062,645.84 against Defendant Travelers Commercial Insurance Company;

    3.    Plaintiff Myo Aung shall further recover from Defendant Travelers Commercial Insurance Company costs taxed by the Court on form CV-59, in the amount of $437.25 [ECF No. 53];

    4.    Plaintiff Myo Aung shall further recover from Defendant Travelers Commercial Insurance Company attorney's fees in the amount of $125,186.41 plus costs reasonably incurred and not taxed on form CV-59, of $2995.00 pursuant to contract [ECF No. 54];

5.    Post-judgment interest on all sums herein is awarded at the prevailing rate until judgment is paid.

    IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: September 11, 2025

                                    Hon. Stephen V. Wilson
                                    Judge of the United States District Court

CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles, California. I am over the age of 18 and not a party to the within action; my business address is 11601 Wilshire Boulevard, 14th Floor, Los Angeles, California 90025; my email is mfletcher@elllaw.com

On September 9, 2025, I served the foregoing document described as:

**[PROPOSED] JUDGMENT**

__X__ **(BY ELECTRONIC TRANSFER)** I caused all of the pages of the above-entitled documents to be sent to the recipients noted below via electronic transfer (ECF FILE/SERVE) at the respective email address(es) indicated below on Service List. This document was transmitted by ECF FILE/SERVE and transmission reported without error.

| WESTON & AGNESS LLP<br>Aaron C. Agness<br>Shadie Maghareh<br>1960 East Grand Avenue, Suite 400<br>El Segundo, California 90245<br>Telephone: (213) 596-8000<br>E-mail: aagness@westonagnesslaw.com<br>E-mail: smaghareh@westonagnesslaw.com | ATTORNEYS FOR DEFENDANT TRAVELERS COMMERCIAL INSURANCE COMPANY |
|---|---|

__X__ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 9, 2025, at Los Angeles, California.

                                      /S/ Merlene Fletcher
                                      Merlene Fletcher